JOHNSON, Judge.

This is an appeal from a denial of a writ of error coram nobis. After careful study of the trial record by this court, we are of the opinion that the right conclusion was reached by the lower court although we do not agree as to all its assigned reasons. The judgment of the Circuit Court is due to be and the same is hereby

Affirmed.

155 So.2d 605

**Gaylord B. NOYCE**

v.

**STATE.**

**3 Div. 107.**

Court of Appeals of Alabama.

Oct. 23, 1962.

Rehearing Denied Nov. 20, 1962.

Fred Gray and Solomon S. Seay, Jr., Montgomery, Jack Greenberg and Leroy D. Clark, New York City, and Louis H. Pollak, New Haven, Conn., for appellant.

Richmond M. Flowers, Atty. Gen., and Leslie Hall, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

Affirmed, authority of Abernathy v. State, 155 So.2d 586.

Certiorari denied by Supreme Court, 155 So.2d 605 (3 Div. 47).

162 So.2d 896

**Ex parte James Anderson O'REAR.**

**6 Div. 32.**

Court of Appeals of Alabama.

April 7, 1964.

James Anderson O'Rear, pro se.

Richmond M. Flowers, Atty. Gen., and Peter M. Lind, Asst. Atty. Gen., for the State.

CATES, Judge.

The motion to strike is well taken. Code 1940, Tit. 15, § 28.

Motion granted; petition stricken; cause dismissed.

152 So.2d 150

**Earl PHILLIPS, alias Perry W. Moore**

v.

**STATE.**

**6 Div. 935.**

Court of Appeals of Alabama.

Feb. 19, 1963.

Rehearing Denied March 12, 1963.

Earl Phillips, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, for the State.